1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8   CECILE A. BROWN,

9               Plaintiff,

10       v.

11   UNITED STATES OF AMERICA, et al.,

12              Defendants.

CASE NO. 2:21-cv-00287 RAJ

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**

13   Plaintiff's application to proceed in forma pauperis (Dkt. 4) is **GRANTED** under 28

14   U.S.C § 1915(a)(1).  The Court recommends the complaint be reviewed under 28 U.S.C. §

15   1915(e)(2)(B) before issuance of summons.

16   The Clerk shall provide a copy of this Order to plaintiff and to the Honorable.

17   DATED this 15th day of March, 2021.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1