THE HONORABLE JOHN C. COUGHENOUR

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9

CECILE A. BROWN,

CASE NO. C21-0287-JCC

10

Plaintiff,

ORDER

11

v.

12

UNITED STATES OF AMERICA, *et al.*,

13

Defendants.

14

15    This matter comes before the Court *sua sponte*. The Court understands that Ms. Brown

16  has been calling the Clerk's Office, the Courtroom Deputy, and Chambers multiple times each

17  day for the past several weeks. Her most recent calls appear to be intended to pressure the

18  Clerk's Office to issue a summons because she filed an amended complaint last week. However,

19  because Ms. Brown is proceeding *in forma pauperis*, the Court is reviewing her amended

20  complaints under 28 U.S.C. § 1915(e). *See Sherman v. Washington*, 2020 WL 1445753, slip op.

21  at 2 (W.D. Wash. 2020) ("After granting a request to proceed IFP, the court must screen the

22  complaint pursuant to 28 U.S.C. § 1915(e)."). Until that review is complete, the Clerk's Office

23  will not issue a summons.

24    The Court has many cases, and calling the Clerk's Office, Chambers, and the Courtroom

25  Deputy will not expedite the Court's review under § 1915. Local Civil Rule 7(b)(5) explains that

26  the Court endeavors to decide motions within 30 days of the date they are ready for the Court's

consideration, and the Court applies a similar standard to § 1915 review. Ms. Brown's amended complaints were filed, at the earliest, six days ago. (*See* Dkt. Nos. 16, 17, 18.) Accordingly, the Court ORDERS Ms. Brown to refrain from calling the Clerk's Office, Chambers, or the Courtroom Deputy to request the issuance of a summons or for the purpose of checking on the status of the Court's § 1915 review until April 16, 2021.

DATED this 23rd day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C21-0287-JCC
PAGE - 2